IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | B-15-1101 |
| | § | |
| CHANCE WALLACE | § | |

MOTION TO SUPPRESS STATEMENT BY MR. WALLACE

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** CHANCE WALLACE and files this Motion to Suppress Statement by Mr. Wallace and would respectfully show as follows:

1. On November 19, 2015 Mr. Wallace signed an affidavit. Mr. Wallace urges that this affidavit does not reflect his statement. The officer used his own words to characterize what had happened assuring Mr. Wallace that if he signed the affidavit he would be released. The statement given by Mr. Wallace was not voluntary and falsely characterizes what he told investigating officers.

WHEREFORE PREMISES CONSIDERED Mr. Wallace prays that this motion is GRANTED and this Honorable Court order statement by Mr. Wallace be suppressed before trial.

Respectfully Submitted,
/s/ *Ed Stapleton*

Ed Stapleton
Attorney in Charge
Texas State Bar Number: 19058400
So. District No. 1501
2401 Wildflower Dr. Ste. C
Brownsville, Texas 78526
Telephone: (956) 504-0882
Fax: (956) 504-0814

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Chance Wallace Motion to Suppress was delivered by electronic mail upon filing.

/s/ *Ed Stapleton*

Ed Stapleton

## CERTIFICATE OF CONFERENCE

I certify that on December 28, 2015, I conferred with Assistant United States Attorney Holly D'Andrea and she is OPPOSED to this motion.

/s/ *Ed Stapleton*

Ed Stapleton

State of Texas

County of Cameron

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared **Chance Wallace**, who being by me duly sworn, upon oath deposes and says:

1. "I am over the age of 18 and competent to make this affidavit. On November 19, 2015 I signed an affidavit. The officer used his own words to characterize what had happened assuring me that if he [C.W.] signed the affidavit I would be released. The statement given was not voluntary and falsely characterizes what I told investigating officers."

_____
Affiant, Chance Wallace

SUBSCRIBED AND SWORN TO BEFORE ME by the said Chance Wallace, on this the 29th day of December, 2015, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC

Print Name: Monica Polanco

MONICA POLANCO
Notary Public, State of Texas
My Commission Expires
May 08, 2017